USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,  : S(4) 08 Cr. 421 (LMM)

    - against -  : MEMORANDUM AND ORDER

RICHARD ORTIZ,  :

          Defendant.  :

------------------------------------x

McKENNA, D.J.

    The above defendant seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The motion is denied because the amended guideline does not change defendant's Guidelines sentence range.

SO ORDERED.

Dated: March 6, 2012

                                _____
                                Lawrence M. McKenna
                                    U.S.D.J.

COPIES MAILED TO COUNSEL MAR - 6 2012